UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASARAY WILSON,<br><br>    Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION,<br><br>    Defendant. | Case No. 25-cv-00043-AMO<br><br>**JUDGMENT** |

On November 6, 2025, the Court granted Defendant Target Corporation's motion for judgment on the pleadings. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: November 6, 2025

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**